IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY ELGAR, | No. C 07-0041 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING SCHEDULING ORDER DATES** |
| US AIRWAYS, | |
| Defendant(s). | |

On January 4, 2007, Plaintiff Betsy Elgar filed the above captioned matter, as well as an Application to Proceed In Forma Pauperis. As the Court granted the application on October 30, 2008, and Defendants have not been served, the Court hereby CONTINUES the deadlines established in the January 4, 2007 Scheduling Order for Cases Asserting Denial of Right of Access (Dkt. #2). Thus, the last day for the parties to hold the joint inspection of premises shall be January 30, 2009. All other dates shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: October 30, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISS BETSY P. ELGAR, | Case Number: CV07-00041 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| US AIRWAYS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betsy P. Elgar
P.O. Box 697
Suisun City, CA 94585

Dated: October 30, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2