**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY ELGAR, | No. C 07-0041 MEJ |
| Plaintiff(s), | |
| vs. | **CONDITIONAL DISMISSAL** |
| US AIRWAYS, | |
| Defendant(s). | |

On October 30, 2008, the Clerk of Court mailed to Plaintiff Betsy Elgar the undersigned's Order granting Plaintiff's motion to proceed in forma pauperis. (Dkt. #5.) However, the mailing has been returned to the Court as not deliverable. (Dkt. #7.) Accordingly, pursuant to Civil Local Rule 3-11, the Court hereby DISMISSES Plaintiff's case without prejudice. However, if Plaintiff notifies the Court of her current address within 60 days, this Order shall stand vacated and the case shall be restored to the Court's calendar.

**IT IS SO ORDERED.**

Dated: November 5, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISS BETSY P. ELGAR,<br><br>    Plaintiff,<br><br>  v.<br><br>US AIRWAYS et al,<br><br>    Defendant.    / | Case Number: CV07-00041 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betsy P. Elgar
P.O. Box 697
Suisun City, CA 94585

Dated: November 5, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2